UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC RAY ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>T. WOOD, et al.,<br><br>        Defendants. | Case No. 24-cv-01178-AMO (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 19 |

Plaintiff Cedric Ray Allen filed a request for an extension of time up to and including June 14, 2025 to file his opposition to Defendants' motion for summary judgment. Dkt. 19. Allen states that he needs more time to conduct discovery, including submitting interrogatories, motions for production of documents, and admissions. *See id.* Defendants oppose Allen's request claiming Allen did not explain "why he failed to pursue his discovery requests such as interrogatories or requests for admissions prior to the close of discovery," and argues that Allen has not presented "a valid excuse for his failure to conduct the discovery." Dkt. 20 at 3. The Court finds no prejudice in allowing Allen to conduct further discovery. In addition, Allen is a prisoner who is representing himself, thus granting him an extension of time to conduct discovery seems warranted, especially since he was not able to conduct any discovery prior to the filing of the pending motion for summary judgment. To allow sufficient time for Allen to serve discovery requests, for Defendants to respond, and for Allen to prepare and submit his opposition, the Court will give Allen until August 1, 2025 to do so.

Having read and considered Allen's request, and good cause appearing,

**IT IS HEREBY ORDERED** that Allen's request for an extension of time is **GRANTED.** The time in which Allen may file his opposition to Defendants' motion for summary judgment will be extended up to and including **August 1, 2025**.

1   Defendants shall file a reply brief no later than **fourteen (14) days** after the date Allen's
2 opposition is filed.
3   The Court notes that this is the first extension granted to Allen in this case. The granting
4 of regular requests for extensions should not be expected.
5   This Order terminates Docket No. 19.
6   **IT IS SO ORDERED.**
7 Dated: May 2, 2025

*[signature]*

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**