UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC RAY ALLEN,<br><br>   Plaintiff,<br><br>  v.<br><br>T. WOOD, et al.,<br><br>   Defendants. | Case No. 24-cv-01178-AMO (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. Nos. 17, 26, 28, 30 |

  The Court has received a copy of the "Stipulation For Voluntary Dismissal of Action With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. The signed stipulation states:

> Plaintiff Cedric R. Allen and Defendants A. Tidwell, K. Hood, and T. Wood have resolved this case in its entirety. Accordingly, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41 (a)(l)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. 30 at 1.

  Accordingly, **IT IS HEREBY ORDERED THAT** this action and all claims asserted herein against all named Defendants are **DISMISSED WITH PREJUDICE.**

  The Clerk of the Court shall terminate as moot any pending motions (dkts. 17, 26, 28) and close the case.

  **IT IS SO ORDERED.**

Dated:  October 21, 2025

                     _____
                     **ARACELI MARTÍNEZ-OLGUÍN**
                     **United States District Judge**